USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 04/28/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                   :
:
-against-                     :         22-CR-244 (VEC)
:
:         ORDER
JULIO ANALDO HERNANDEZ,                     :
:
                    Defendant.              :
:
-------------------------------------------------------------------X

VALERIE CAPRONI, United States District Judge:

    WHEREAS this matter had been wheeled out to the Undersigned; and

    WHEREAS on April 20, 2022, the parties requested that the Court schedule an initial appearance and change-of-plea hearing.

    IT IS HEREBY ORDERED that an initial appearance and change-of-plea hearing will be held on **Tuesday, April 26, 2022 at 1:30 P.M.**  The proceeding will be held in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

    IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire and have his or her temperature taken.  Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry.  Additionally, any person who appears at any SDNY courthouse must comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

**SO ORDERED.**

                                                                                                 _____

**Date:  April 21, 2022**                                **VALERIE CAPRONI**
       **New York, NY**                                 **United States District Judge**